**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| PRABHAKAR PULLELA, et al. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00424-SDJ-AGD |
| | § | |
| UNITED STATES CITIZENSHIP & | § | |
| IMMIGRATION SERVICES, et al. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 24, 2026, the Report of the Magistrate Judge, (Dkt. #17), was entered containing proposed findings of fact and recommendation that this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**So ORDERED and SIGNED this 26th day of October, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE